## STATE OF CONNECTICUT *v.* EDDY JOURDAIN

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 241 (AC 27316), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Christopher M. Neary*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided June 10, 2008

## STATE OF CONNECTICUT *v.* THOMAS J. GOODSPEED

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 717 (AC 27868), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided June 10, 2008